UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| A.M.,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, et al.,<br><br>Respondents. | CAUSE NO. 3:26cv868 DRL-SJF |

ORDER

Immigration detainee A.M., by counsel, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, alleging he is unlawfully confined in violation of the laws or Constitution of the United States. ECF 1. He asserts that immigration officials have not given him an opportunity for release on bond because they view him as ineligible for bond under 8 U.S.C. § 1225(b)(2). *Id.* at 27-34. He argues this statutory provision does not apply to him, and alleges his continued detention without the opportunity for bond violates his statutory and due process rights. The court issued an order to show cause, and the Respondents responded that A.M. is subject to mandatory detention under 8 U.S.C. § 1225(b)(2) as an "applicant seeking admission" while his removal proceedings are pending. ECF 12.

However, after the Respondents' response was filed, our circuit concluded that 8 U.S.C. § 1225(b)(2) does not apply to noncitizens who are not otherwise "seeking admission" within the statute's meaning. *Cirrus Rojas v. Olson*, 183 F.4th 909, 920 (7th Cir. 2026). In light of this intervening decision, the court finds it necessary to obtain a

supplemental response from the Respondents addressing the impact of *Cirrus Rojas* on A.M.'s case. Accordingly, the court ORDERS the Respondents to file a supplement to their response addressing the impact of *Cirrus Rojas v. Olson*, 183 F.4th 909, 920 (7th Cir. 2026) on this case by **October 9, 2026.** Any supplemental reply by the petitioner shall be due by **October 23, 2026.**

For these reasons, the court:

(1) ORDERS the Respondents to file a supplement to their response addressing the impact of *Cirrus Rojas v. Olson*, 183 F.4th 909, 920 (7th Cir. 2026), on this case by **October 9, 2026**; and

(2) GRANTS the petitioner until **October 23, 2026**, to file a supplemental reply.

SO ORDERED on September 21, 2026.

s/Scott J. Frankel
Scott J. Frankel
United States Magistrate Judge